KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798
email: Kbackpacker2000@yahoo.com

Attorney for Defendant
SEAN HARRINGTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 6:11–MJ0049 MJS |
| Plaintiff, | ORDER ALLOWING DEFENDANT TO REMAIN RELEASED ON APPEAL |
| vs. | |
| SEAN HARRINGTON, | |
| Defendant. | |

IT IS HEREBY ORDERED AS FOLLOWS:

That Defendant/Appellant SEAN HARRINGTON may remain released from custody pending appeal provided that he complies with all conditions of probation previously imposed, including but not limited to the following: attending court-approved alcohol counseling two times weekly; filing written reports on the tenth of the month under penalty of perjury confirming his attendance at alcohol counseling; obtaining confirmation of alcohol counseling by a counselor or sponsor; obeying all traffic laws; notifying the court if he is cited or arrested for another offense, including a minor traffic violation; and paying a penalty

1

assessment of $50.00 to the Clerk of the Court.

After the appeal has been ruled upon, if the decision is to affirm the appeal, Defendant shall promptly report within four weeks of the decision to the facility designated by the Board of Prisons.

IT IS SO ORDERED.

Dated:  January 18, 2012            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE