KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant/Appellant
SEAN HARRINGTON

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-6:11 00049 MJS |
| Plaintiff and Appellee, | EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE SPONSOR COMPLIANCE VERIFICATION WITH COURT |
| v. | |
| SEAN HARRINGTON, | |
| Defendant and Appellant. | |

TO THE HONORABLE MICHAEL J. SENG, MAGISTRATE JUDGE OF THE EASTERN DISTRICT:

Defendant/Appellant SEAN HARRINGTON is under orders of this court, pending appeal of his case (1:11 000427 AWI), to report monthly to the court and to provide verification to the court from his AA sponsor of HARRINGTON's AA attendance;.

On Tuesday morning, June 12, 2012, HARRINGTON notified his counsel, KATHERINE HART, that he had been trying to reach his sponsor for six days and

1

had not been able to speak with his sponsor; HARRINGTON was therefore unable to provide a signed letter to the court, a letter which was due June 10, 2012;

HARRINGTON requested that attorney HART, as his counsel, notify the court of his inability to secure verification, and of his request that the court grant him seven days from today's date, until June 19, 2012, to obtain sponsor verification;

HARRINGTON advised counsel that he has not filed his monthly compliance report because he is supposed to file such report with a verification; Harrington has heard rumors that his sponsor may have left the Los Angeles area and may be unavailable, and that HARRINGTON may have to find another sponsor to approve his monthly AA compliance;

Counsel KATHERINE HART advised HARRINGTON to file the compliance report with the court as soon as possible, even if he does not have sponsor verification;

HARRINGTON advised counsel that HARRINGTON will file his monthly compliance report without the sponsor verification;

WHEREFORE, counsel for HARRINGTON requests that the court allow HARRINGTON to file sponsor verification no later than June 19, 2012.

DATED: June 12, 2012        /s/ Katherine Hart
                            KATHERINE HART, Attorney for SEAN HARRINGTON

DECLARATION OF KATHERINE HART

I, KATHERINE HART, do hereby declare under penalty of perjury:

1. That on the morning of June 12, 2012, my client SEAN HARRINGTON telephoned me, explaining that he was unable to secure the signature of his sponsor for his monthly reporting period because he had been unable to locate his sponsor;

2

2. I advised my client to mail or electronically mail his compliance information to the court as soon as possible, even though he did not have the sponsor verification;

3. I advised that I would request a one-week extension of time in which to file sponsor verification;

4. I myself have undertaken no independent attempt to locate defendant's sponsor, but I do represent to the court that my client, SEAN HARRINGTON, seemed to be very concerned about complying with the court's order;

Executed in Fresno, California this 12th day of June, 2012.

/s/Katherine Hart
KATHERINE HART

ORDER

It is hereby ordered that defendant SEAN HARRINGTON be allowed until June 19, 2012 to provide sponsor verification of his AA compliance for the reporting period ending June 10, 2012.

IT IS SO ORDERED.

Dated: June 13, 2012      /s/ *Michael J. Seng*
                          UNITED STATES MAGISTRATE JUDGE